# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RONALD VENTURA,

  Plaintiff,                                         CASE NO.:  8:17-CV-00678-SCB-TGW

-vs-

DISCOVER PRODUCTS, INC.,

  Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Ronald Ventura, and the Defendant, Discover Products, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 1st day of August, 2017.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Jacqueline Simms-Petredis* |
| Octavio Gomez, Esquire | Jacqueline A. Simms-Petredis, Esquire |
| Florida Bar No.: 0338620 | Florida Bar No.: 906751 |
| Morgan & Morgan, Tampa, P.A. | Burr & Forman LLP |
| One Tampa City Center | 201 North Franklin Street, Suite 3200 |
| Tampa, FL 33602 | Tampa, FL 33602 |
| Tele: (813) 223-5505 | Tele: (813) 221-2626 |
| Fax: (813) 223-5402 | Fax: (813) 221-7335 |
| Primary Email: TGomez@ForThePeople.com | jsimms-petredis@burr.com |
| Secondary Email: LDobbins@ForThePeople.com | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |